IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

    Case No. 3:12-cr-024

DONALD L. JOHNSON

    JUDGE WALTER HERBERT RICE

    Defendant.

---

**PRELIMINARY PRETRIAL ORDER; TRIAL DATE AND OTHER DATES SET**

---

| | |
|---|---|
| Date of Preliminary Pretrial Conference | 2/23/2012 |
| Jury Trial Date | 4/23/2012 |
| Final Pretrial Conference (by telephone) | Monday, 4/16/2012 at 5:00 pm |
| Motion Filing Deadline | |
|     Oral and Evidentiary Motions | 3/26/2012 |
|     Other Motions | 4/2/2012 |
| Discovery Cut-off | 4/2/2012 |
| Speedy Trial Deadline | 4/26/2012 |
| Further Status Conference | - - - - - - |

February 23, 2012

_____
WALTER HERBERT RICE
UNITED STATES DISTRICT JUDGE

Copies mailed to:
United States Attorney
Counsel of Record
United States Marshal
United States Pretrial Services
United States Probation Department

WHR:jdf