IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,
:
    Plaintiff,
:
vs.
:    Case No. 3:12cr024
:
DONALD L. JOHNSON,
    JUDGE WALTER HERBERT RICE
:
    Defendant.

---

DECISION AND ENTRY REFERRING DEFENDANT TO A FEDERAL
MEDICAL CENTER FOR A MENTAL STATUS EVALUATION
PURSUANT TO 18 U.S.C. §3552(c)

---

Pursuant to the record made both in the conference room and in the courtroom on Tuesday, September 4, 2012, sentencing of this Defendant was deferred. Rather, the Defendant was referred to a Federal Medical Center for a mental status evaluation, pursuant to 18 U.S.C. §3552(c). Following the examination by the Federal Medical Center, the institution should render the undersigned a full report on its evaluation, testing and conclusions reached therefrom.

There is a history of the Defendant experiencing auditory, olfactory and visual hallucinations. This Court will furnish the Federal Medical Center, together with this Entry, the Defendant's Presentence Report, with two evaluations and reports rendered by Dr. Massimo DeMarchis, Psy. D., (one on the subject of the Defendant's competency and the other on his sanity at the time of the events in question), and

pertinent letters from both Defendant and members of his family. It is the Court's understanding the counsel may wish to submit additional information.

September 11, 2012

*(signature)*
WALTER HERBERT RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Brent Tabacchi, AUSA
F. Arthur Mullins, Esq.
United States Marshals Office